# *IN THE UNITED STATES DISTRICT COURT*
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

STAR BUFFET, INC. and
SOUTHERN BARNS, INC.                                                                       PLAINTIFFS

v.                              No. 4:17CV00533 SWW

TGB GLORY, LLC, and
STEVEN C. BARNHILL                                                                          DEFENDANTS

## **ORDER**

The jury trial in this matter will commence at **9:30 a.m. on Wednesday, June 19, 2019** in Little Rock, Arkansas, Courtroom A530. Counsel should be present at 9:00 a.m. for pretrial matters. All deadlines remain the same as previously scheduled.

IT IS SO ORDERED this 4th day of June 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE