# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| STAR BUFFET, INC. and SOUTHERN BARNS, INC. PLAINTIFFS-COUNTERDEFENDANTS | |
| V. | CASE NO. 4:17CV00533 SWW |
| TGB GLORY, LLC d/b/a BARNHILL'S STEAKS and BUFFET, and STEVEN C. BARNHILL DEFENDANTS-COUNTERCLAIMANT | |

## ORDER

Before the Court is the parties' joint motion to dismiss this case with prejudice, with each side to bear its own costs. The parties request that the Court retain jurisdiction to enforce the terms of the settlement agreement, if necessary.

IT IS THEREFORE ORDERED that the joint motion to dismiss [ECF No. 55] is GRANTED. This case is DISMISSED WITH PREJUDICE, and the Court retains jurisdiction to enforce the terms of the parties' settlement agreement.

IT IS SO ORDERED THIS 6th DAY OF FEBRUARY, 2020.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE